THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bobby O. Rice, Appellant.
 
 
 

Appeal From Union County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-415
 Submitted July 1, 2008  Filed July 21,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Bobby
 Rice appeals from his guilty
 plea to possession of crack cocaine with intent to distribute, distribution of
 crack cocaine, and possession of marijuana.  The plea judge sentenced Rice to
 concurrent terms of confinement totaling fifteen years.  Rices counsel
 attached a petition to be relieved, stating she reviewed the record and
 concluded this appeal lacks merit.  After a thorough review of the record, and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.